UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

                                  :

UNITED STATES OF AMERICA          :

        - v. -                    :        **UNSEALING ORDER**

                                  :

MAURICE HARTLEY, *et al.*,        :        18 Cr. 390

                                  :

        Defendants.               :

                                  :

- - - - - - - - - - - - - - - - - X


      Upon the application of the United States of America, by and through Assistant United States Attorneys Michael K. Krouse, Stephanie Lake, and Robert B. Sobelman, it is hereby ORDERED that Indictment 18 Cr. 390, which was filed under seal on June 4, 2018, be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        June 5, 2018


_____
HONORABLE  ROBERT  W.  LEHRBURGER
UNITED  STATES  MAGISTARTE  JUDGE