UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

UNITED STATES OF AMERICA,

       -v-

MICHAEL HARTLEY, et al.,

            Defendants.

------------------------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/5/2018 |

18-CR-390 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has scheduled an initial conference in this case for **Thursday, June 7, 2018,** at **2:30 p.m.** in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. To assist the Court in reflecting on the appropriate schedule to set at this conference, including a trial date, the Court asks the Government, by 5:00 p.m. on Wednesday, June 6, 2018, to publicly file a brief letter setting forth the following: (1) a summary of the nature and scale of the Government's anticipated Rule 16 evidence, and the date by which the Government anticipates making this evidence available to the defense; (2) a list of any searches, seizures, post-arrest statements, and identification procedures used; (3) whether the Government presently anticipates seeking a superseding indictment; and (4) the anticipated length of a trial, mindful of this Court's practice of limiting to approximately five the number of defendants to be tried at any common trial.

      SO ORDERED.

Dated: June 5, 2018
      New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge