

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2018

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Maurice Hartley*, et al., 18 Cr. 390 (PAE)

Dear Judge Engelmayer:

The Government respectfully submits this letter in response to the Court's June 5, 2018 order, which requested that the Government provide the Court and the defendants with information concerning the Government's anticipated discovery; a list of searches, seizures, post-arrest statements, and identification procedures; the Government's intentions with respect to a superseding indictment; and the anticipated length of trial.

First, the Government anticipates that the Rule 16 discovery in this case will consist of the following categories:

- Defendant criminal histories
- Post-arrest statements
- Legal process
- Pen register data
- Phone and car GPS data
- Phone subpoena returns
- Consensual recordings
- Invoices for seized evidence, including narcotics
- Laboratory reports
- Surveillance reports, images, and videos
- Cellphone extractions

The Government anticipates making an initial production of discovery shortly following the June 6, 2018 initial pretrial conference. The Government proposes producing the bulk of the discovery within two weeks of that conference, and completing its production by July 9, 2018.

Second, the Government provides the following list of searches, seizures, post-arrest statements, and identification procedures:

a)  The following locations were searched on June 5, 2018.  A list of the most relevant seizures from each location is included.

- 2260 University Avenue, Apartment 6D, Bronx, New York (Search Warrant)
    - o  Firearm
    - o  Narcotics
- 2320 Aqueduct Avenue, Apartment 4H, Bronx, New York (Search Warrant)
    - o  Narcotics
- 2403 Hoffman Street, Apartment 20, Bronx, New York (Search Warrant)
    - o  Stamps
    - o  Approximately $30,000 in cash
    - o  Narcotics
- 2791 University Avenue, Apartment 1F, Bronx, New York (Search Warrant)
    - o  Narcotics
    - o  Approximately $140,000 in cash
- 17 West 182nd Street, Apartment 1H, Bronx, New York (Search Warrant)
    - o  Heroin processing equipment
    - o  Narcotics
- Storage Unit C211 at 245 Fordham Road, Bronx, New York (Consent)
    - o  Approximately $100,000 in cash
- Storage Unit 2006 at 2165 Jerome Avenue, Bronx, New York (Search Warrant)
    - o  Approximately $40,000 in cash
- 1500 Hoe Avenue, Bronx, New York (Consent)
    - o  Marijuana
    - o  Scale

In addition, law enforcement seized cellphones and narcotics incident to many of the defendants' arrests.

b)  Three defendants provided post-arrest statements after being advised of and waiving their *Miranda* rights.

c)  The Government is not aware of any lineups or photo arrays that were used in the course of this investigation.  However, a cooperating source (the "CS") was shown photographs of defendants in this case, who the CS identified.

Third, the Government does anticipate seeking a superseding indictment in this case.  In addition to the seventeen defendants charged in the above-captioned indictment, Tia Jasper was arrested and charged by complaint on June 5, 2018, after law enforcement recovered a substantial sum of narcotics and cash from the residence Jasper shared with Maurice Hartley.  We anticipate filing a superseding indictment to add Jasper to the case.  We also intend to continue investigating the overdose deaths that we believe are attributable to the defendants.  We may seek a superseding indictment to add "death resulting" charges against certain of the defendants based on evidence developed in that ongoing investigation.

Fourth, the Government anticipates that a trial against any five defendants in this case would last approximately two weeks.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Stephanie Lake/Michael Krouse/Robert Sobelman
Assistant United States Attorneys
(212) 637-1066/2279/2616

cc: All Counsel (by ECF)