

**U.S. Department of Justice**

*United States Attorn*
*Southern District of .*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2018

June 7, 2018

**BY EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
engelmayernysdchambers@nysd.uscourts.gov

    Re:    *United States v. Tia Jasper*, 18 Mag. 4802
                      18-CR-390 (PAE)

Dear Judge Engelmayer:

On June 6, 2018, the defendant in the above-captioned case was presented before the Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York. At the conclusion of that hearing, Judge Lehrburger issued an order that the defendant be admitted to bail on certain conditions. However, Judge Lehrburger stayed the order until today, June 7, 2018, to enable the Government to appeal the bail determination.

The Government respectfully requests that the Court schedule an appeal of Judge Lehrburger's bail order for June 8, 2018, at 9:15 a.m. In addition, the Government respectfully requests that this Court extend the stay on Judge Lehrburger's bail order until the completion of the appeal hearing before this Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

**GRANTED.** The Court will hear the bond appeal on **June 8, 2018** at **9:15 a.m.** Judge Lehrburger's grant of release on conditions shall be stayed until a ruling is made by this Court.

By: *Robert B. Sobelman*
    Stephanie Lake/Michael Krouse/Robert Sobelman
    Assistant United States Attorneys
    (212) 637-1066/2279/2616

6/8/2018

SO ORDERED.

*Paul A Engel*
_____
PAUL A. ENGELMAYER
United States District Judge

cc:  Steven Turano, Esq. (by email)