USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/18

LAW OFFICES OF
NATALI J.H. TODD, P.C.

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

June 14, 2018

Honorable Paul A. Englemayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *U.S. v. Hartley, et al. 18 Cr. 390 (PAE)*

Dear Judge Englemayer:

I represent Gregory Carter in the above referenced matter. On June 14, 2018, an initial bail application was made and bail was denied by Magistrate Judge Gabriel W. Gorenstein. An immediate appeal was sought to be heard by the sitting Part 1 Judge but I was advised that counsel needed to submit a letter request for appealing the detention order to your Honor. Accordingly, I am respectfully requesting that the Court schedule a hearing to determine whether there are conditions of release that can be put in place that will reasonably assure Mr. Carter's return to court and address any concern regarding any potential danger to the community.

Thank you for your attention to this matter.

Respectfully,
/s/_____
Natali Todd, Esq.

cc: AUSA Michael Krouse (via E.C.F.)

6/14/18

In light of counsel's request that the bail appeal be heard forthwith, Judge Engelmayer, who is out of sate at a judicial conference today and Friday, refers the bail appeal to the sitting Part I judge.   The Clerk of Court is requested to terminate the motion at Dkt. No. 76.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge