

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2018

**BY ECF & EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
engelmayernysdchambers@nysd.uscourts.gov

    Re:    *United States v. Maurice Hartley, at al.*, 18 Cr. 390 (PAE)

Dear Judge Engelmayer:

      The Government respectfully writes pursuant to the Court's request to provide an update on the means by which the Government expects to produce discovery in the above-captioned case. Based on the Government's conversations with defense counsel, the Government understands that defense counsel is in the process of retaining Emma Greenwood as the coordinating discovery attorney. The Government has begun producing discovery to the defense attorneys by disc, and will continue to produce discovery by disc on a rolling basis to avoid any delay while defense counsel finalizes their arrangement with Ms. Greenwood.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

By: _____
      Stephanie Lake/Michael Krouse/Robert Sobelman
      Assistant United States Attorneys
      (212) 637-1066/2279/2616

cc:  All Counsel (by ECF)