USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                       :

UNITED STATES OF AMERICA     :

                      :

   - v. -            :

                      :

MAURICE HARTLEY, et al.    :

                      :

        Defendants.   :

                      :

- - - - - - - - - - - - - - - - - x

[~~PROPOSED~~]

**PROTECTIVE ORDER**


18 Cr. 390 (PAE)

HONORABLE PAUL A. ENGELMAYER, District Judge:

WHEREAS the Government intends to produce to MAURICE HARTLEY, REGINALD SANDERS, HECTOR SANCHEZ, AARON CARTER, RONALD BEASLEY, JONATHAN SANCHEZ, TYVANN BARNETT, JAVIER BENITEZ, ALEJANDRO RODRIGUEZ, GREGORY CARTER, RAY SANCHEZ, FREDDIE TORRES, EDWARD DAVIES, LOUIS BROWN, CHRISTOPHER SIMON, JOHNNY INGRAM, MARIE PALUMBO, and TIA JASPER,[1] the defendants in the above-captioned matter, certain discovery materials that may contain personal identifying information for individuals other than the defendant, including names, images, and telephone numbers; and

WHEREAS pursuant to Rule 16(d)(1) and Title 18, United States Code, Section 3771, the Government desires to protect the

---

[1] Tia Jasper is not yet named in the above-captioned indictment, but has been charged by complaint in a related case. Based on the Government's representation that it intends to add her as a defendant in this case, she has been included in this order.

confidentiality of the above-referenced materials, and for good cause shown;

IT IS HEREBY ORDERED:

1. Discovery materials produced by the Government to the defendants, or their counsel, or the coordinating discovery attorney, that are either (1) designated in whole or in part as "Confidential" by the Government in emails or communications to defense counsel, or (2) that include a Bates or other label stating "Confidential," shall be deemed "Confidential Material."

2. Confidential Material disclosed to the defendant, or to the defendant's attorney, or to the coordinating discovery attorney, during the course of proceedings in this action:

(a) shall be used by the defendant or his/her counsel or the coordinating discovery attorney only for purposes of this action;

(b) shall be kept in the sole possession of the defendant's counsel or the defendant or the coordinating discovery attorney;

(c) shall not be copied or otherwise recorded by the defendant;

(d) shall not be disclosed in any form by the defendant or his/her counsel except as set forth in paragraph 2(e) below;

2

(e) may be disclosed only by the defendant's counsel and only to the following persons (hereinafter "Designated Persons"):

(i) secretarial, clerical, paralegal, investigative, and student personnel employed full-time or part-time by the defendant's counsel;

(ii) independent expert witnesses retained by the defendant or on his/her behalf in connection with this action; and

(iii) such other persons as hereafter may be authorized by the Court upon a motion by the defendant;

(f) shall be either (i) returned to the Government following the conclusion of this case, together with any and all copies thereof, or (ii) destroyed together with any and all copies thereof, with defendant's counsel verifying in writing to the Government that such destruction has taken place.

3. Discovery materials produced by the Government to the defendants or their counsel that are either (1) designated in whole or in part as "Sensitive" by the Government in emails or communications to defense counsel, or (2) that include a

Bates or other label stating "Sensitive," shall be deemed "Sensitive Material."

4. Sensitive Material disclosed to the defendant, or to the defendant's attorney, or the coordinating discovery attorney, during the course of proceedings in this action, shall be subject to the conditions applicable to Confidential Material, with the excpetion of paragraph 2(b) above. Sensitive Material may be shown to the defendant, but may not be maintained in the defendant's possession.

5. The defendant and his/her counsel shall provide a copy of this Order to Designated Persons to whom Confidential Material is disclosed pursuant to paragraph 2(e). Designated Persons shall be subject to the terms of this Order.

6. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action, or to any judge or magistrate of this Court for purposes of this action.

7. This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY

By: _____
Michael Krouse/Stephanie Lake/Robert Sobelman
Assistant United States Attorneys


_____
Angus James Bell, Esq.
Counsel for Maurice Hartley


_____
Lou Fasulo, Esq.
Counsel for Reginald Sanders


_____
Lorraine Gauli-Rufo, Esq.
Counsel for Hector Sanchez


_____
Richard Rosenberg, Esq.
Counsel for Aaron Carter

5

_____
Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley


_____
Neil Checkman, Esq.
Counsel for Jonathan Sanchez


_____
Peter E. Brill, Esq.
Counsel for Tyvann Barnett


_____
Michael Sporn, Esq.
Counsel for Javier Benitez


_____
Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez


_____
Natli Todd, Esq.
Counsel for Gregory Carter


_____
Jill Shellow, Esq.
Counsel for Ray Sanchez


_____
Zachary Taylor, Esq.
Counsel for Freddie Torres


_____
Christopher Madiou, Esq.
Counsel for Edward Davies

_____
Thomas Ambrosio, Esq.
Counsel for Louis Brown


_____
Karloff Commissiong, Esq.
Counsel for Christopher Simon


_____
Susan Walsh, Esq.
Counsel for Johnny Ingram


_____
David Touger, Esq.
Counsel for Marie Palumbo


_____
Stephen Turano, Esq.
Counsel for Tia Jasper

SO ORDERED:


_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

7.    This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY

By: _____
Michael Krouse/Stephanie Lake/Robert
Sobelman
Assistant United States Attorneys


_A. James Bell_____
Angus James Bell, Esq.
Counsel for Maurice Hartley


_____
Lou Fasulo, Esq.
Counsel for Reginald Sanders


_____
Lorraine Gauli-Rufo, Esq.
Counsel for Hector Sanchez


_____
Richard Rosenberg, Esq.
Counsel for Aaron Carter

7.   This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY

By: _____
Michael Krouse/Stephanie Lake/Robert
Sobelman
Assistant United States Attorneys


_____
Angus James Bell, Esq.
Counsel for Maurice Hartley

_____
Lou Fasulo, Esq.
Counsel for Reginald Sanders


_____
Lorraine Gauli-Rufo, Esq.
Counsel for Hector Sanchez


_____
Richard Rosenberg, Esq.
Counsel for Aaron Carter

7. This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY

By: _____

Michael Krouse/Stephanie Lake/Robert
Sobelman
Assistant United States Attorneys

_____

Angus James Bell, Esq.
Counsel for Maurice Hartley

_____

Lou Fasulo, Esq.
Counsel for Reginald Sanders

_____

Lorraine Gauli-Rufo, Esq.
Counsel for Hector Sanchez

_____

Richard Rosenberg, Esq.
Counsel for Aaron Carter

5

7. This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY

By: _____

Michael Krouse/Stephanie Lake/Robert Sobelman
Assistant United States Attorneys

_____

Angus James Bell, Esq.
Counsel for Maurice Hartley

_____

Lou Fasulo, Esq.
Counsel for Reginald Sanders

_____

Lorraine Gauli-Rufo, Esq.
Counsel for Hector Sanchez

_____

Richard Rosenberg, Esq.
Counsel for Aaron Carter

5

Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley


Neil Checkman, Esq.
Counsel for Jonathan Sanchez


Peter E. Brill, Esq.
Counsel for Tyvann Barnett


Michael Sporn, Esq.
Counsel for Javier Benitez


Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez


Natli Todd, Esq.
Counsel for Gregory Carter


Jill Shellow, Esq.
Counsel for Ray Sanchez


Zachary Taylor, Esq.
Counsel for Freddie Torres


Christopher Madiou, Esq.
Counsel for Edward Davies

Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley

Neil Checkman, Esq.
Counsel for Jonathan Sanchez


Peter E. Brill, Esq.
Counsel for Tyvann Barnett


Michael Sporn, Esq.
Counsel for Javier Benitez


Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez


Natli Todd, Esq.
Counsel for Gregory Carter


Jill Shellow, Esq.
Counsel for Ray Sanchez


Zachary Taylor, Esq.
Counsel for Freddie Torres



Christopher Madiou, Esq.
Counsel for Edward Davies

_____
Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley


_____
Neil Checkman, Esq.
Counsel for Jonathan Sanchez


_____
Peter E. Brill, Esq.
Counsel for Tyvann Barnett


_____
Michael Sporn, Esq.
Counsel for Javier Benitez


_____
Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez


_____
Natli Todd, Esq.
Counsel for Gregory Carter


_____
Jill Shellow, Esq.
Counsel for Ray Sanchez


_____
Zachary Taylor, Esq.
Counsel for Freddie Torres


_____
Christopher Madiou, Esq.
Counsel for Edward Davies

Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley

Neil Checkman, Esq.
Counsel for Jonathan Sanchez

Peter E. Brill, Esq.
Counsel for Tyvann Barnett

Michael Sporn, Esq.
Counsel for Javier Benitez

Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez

Natli Todd, Esq.
Counsel for Gregory Carter

Jill Shellow, Esq.
Counsel for Ray Sanchez

Zachary Taylor, Esq.
Counsel for Freddie Torres

Christopher Madiou, Esq.
Counsel for Edward Davies

6

Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley

Neil Checkman, Esq.
Counsel for Jonathan Sanchez

Peter E. Brill, Esq.
Counsel for Tyvann Barnett

Michael Sporn, Esq.
Counsel for Javier Benitez

Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez

Natli Todd, Esq.
Counsel for Gregory Carter

Jill Shellow, Esq.
Counsel for Ray Sanchez

Zachary Taylor, Esq.
Counsel for Freddie Torres

Christopher Madiou, Esq.
Counsel for Edward Davies

6

Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley

Neil Checkman, Esq.
Counsel for Jonathan Sanchez

Peter E. Brill, Esq.
Counsel for Tyvann Barnett

Michael Sporn, Esq.
Counsel for Javier Benitez

Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez

Natli Todd, Esq.
Counsel for Gregory Carter

Jill Shellow, Esq.
Counsel for Ray Sanchez

Zachary Taylor, Esq.
Counsel for Freddie Torres

Christopher Madiou, Esq.
Counsel for Edward Davies

6

Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley

Neil Checkman, Esq.
Counsel for Jonathan Sanchez

Peter E. Brill, Esq.
Counsel for Tyvann Barnett

Michael Sporn, Esq.
Counsel for Javier Benitez

Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez

Natli Todd, Esq.
Counsel for Gregory Carter

Jill Shellow, Esq.
Counsel for Ray Sanchez

Zachary Taylor, Esq.
Counsel for Freddie Torres

Christopher Madiou, Esq.
Counsel for Edward Davies

_____

Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley


_____

Neil Checkman, Esq.
Counsel for Jonathan Sanchez


_____

Peter E. Brill, Esq.
Counsel for Tyvann Barnett


_____

Michael Sporn, Esq.
Counsel for Javier Benitez


_____

Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez


_____

Natli Todd, Esq.
Counsel for Gregory Carter


_____

Jill Shellow, Esq.
Counsel for Ray Sanchez

_____

Zachary Taylor, Esq.
Counsel for Freddie Torres


_____

Christopher Madiou, Esq.
Counsel for Edward Davies


6

_____
Xavier Robert Donaldson, Esq.
Counsel for Ronald Beasley


_____
Neil Checkman, Esq.
Counsel for Jonathan Sanchez


_____
Peter E. Brill, Esq.
Counsel for Tyvann Barnett


_____
Michael Sporn, Esq.
Counsel for Javier Benitez


_____
Bennett M. Epstein, Esq.
Counsel for Alejandro Rodriguez


_____
Natli Todd, Esq.
Counsel for Gregory Carter


_____
Jill Shellow, Esq.
Counsel for Ray Sanchez


_____
Zachary Taylor, Esq.
Counsel for Freddie Torres


_____            _____
Christopher Madiou, Esq.
Counsel for Edward Davies

_____

Thomas Ambrosio, Esq.
Counsel for Louis Brown



_____

Karloff Commissiong, Esq.
Counsel for Christopher Simon



_____

Susan Walsh, Esq.
Counsel for Johnny Ingram



_____

David Touger, Esq.
Counsel for Marie Palumbo



_____

Stephen Turano, Esq.
Counsel for Tia Jasper


SO ORDERED:


_____

HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Thomas Ambrosio, Esq.
Counsel for Louis Brown


Karloff Commissiong, Esq.
Counsel for Christopher Simon


Susan Walsh, Esq.
Counsel for Johnny Ingram


David Touger, Esq.
Counsel for Marie Palumbo


Stephen Turano, Esq.
Counsel for Tia Jasper

SO ORDERED:


HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

7

Thomas Ambrosio, Esq.
Counsel for Louis Brown


Karloff Commissiong, Esq.
Counsel for Christopher Simon


Susan Walsh, Esq.
Counsel for Johnny Ingram


David Touger, Esq.
Counsel for Marie Palumbo


Stephen Turano, Esq.
Counsel for Tia Jasper

SO ORDERED:


HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Thomas Ambrosio, Esq.
Counsel for Louis Brown


Karloff Commissiong, Esq.
Counsel for Christopher Simon


Susan Walsh, Esq.
Counsel for Johnny Ingram


David Touger, Esq.
Counsel for Marie Palumbo


Stephen Turano, Esq.
Counsel for Tia Jasper

SO ORDERED:

6/22/2018

Paul A. Engelmayer
United States District Judge

7