## PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013

**(212) 608-1234**
**Fax No. (212) 513-1989**

July 12, 2018

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** **United States v. Marie Palumbo**
      **Docket No. 18 cr 00390 (PAE)**

Dear Judge Engelmayer:

Please accept this letter motion in lieu of a more formal brief requesting a bail hearing pursuant to 18 U.S.C § 3142 for the defendant, Marie Palumbo.

On June 5, 2018, Ms. Palumbo was arraigned in front of Magistrate Judge Robert Lehrburger, who ordered Ms. Palumbo be released on a $150,000 personal recognizance bond, to be co-signed by two financially responsible persons; that her travel be restricted to the Southern, Eastern, and Northern Districts of New York; that she surrender all travel documents; that she continue employment; that she submit to drug testing and treatment; that her mother act as a third party custodian; and, that she continue to reside with her parents. The government immediately appealed Judge Lehrburger's order and this Court revoked Ms. Palumbo's bond on the grounds that she was a danger to the community.

Pursuant to 18 U.S.C § 3142 (f)(2), a bail hearing may be reopened "at any time before trial" upon the discovery of new information. Since Ms. Palumbo was remanded, we have had numerous conversations with her and members of her family. There are now three individuals, Ms. Palumbo's sister, mother, and father, a retired police officer, who are willing to co-sign her bond. Further, Ms. Palumbo's parents have offered to use their home, which they own, as additional security if necessary. Additionally, in order to alleviate one of the concerns raised by this Court, Ms. Palumbo driving under the influence, we are suggesting that a further condition of house arrest be ordered. These conditions, when combined, should "reasonably assure" Ms. Palumbo's return to court and the safety of the community.

Accordingly, we are requesting a hearing be scheduled at a time convenient for the government and the Court to address these new facts and determine whether bail is warranted.

Respectfully submitted,

David Touger, Esq.