UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

MARIE PALUMBO,

        Defendant.

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2018

18-CR-390-17 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received and reviewed the letter from counsel for defendant Marie Palumbo, requesting another bail hearing, based on her having identified family members who are willing to sign a bond and proposing additional conditions of release (Dkt. No. 92) and the Government's letter response (Dkt. No. 96). The Court declines to reopen the earlier bail hearing. With due respect for defense counsel's vigorous advocacy on this point on Ms. Palumbo's behalf, the Court's judgment is that the additional terms proposed would not materially bear on the issue of safety of the community that was the basis of the Court's June 5, 2018 detention order. The Court's view, based on the entire record, remains, by clear and convincing evidence, that the defendant presents a danger to the community and that there have not been identified conditions of release that would reasonably assure the safety of the community. The Clerk of Court is requested to terminate the motion at Dkt. No. 92.

        SO ORDERED.

Dated: July 16, 2018
      New York, New York

                               PAUL A. ENGELMAYER
                               United States District Judge