LAW OFFICES OF

# STEPHEN TURANO

———

sturano@turanolaw.com

275 MADISON AVENUE                                     60 PARK PLACE
35TH FLOOR                                                  SUITE 703
NEW YORK, NY 10016                                  NEWARK, NJ 07102

———                                                        ———

TEL (917) 974-1781                                     TEL (973) 648-6777
FAX (212) 208-2981                                    FAX (212) 208-2981

                                                           ———

REPLY TO NEW JERSEY OFFICE

August 4, 2018

**<u>Via Email</u>**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:    <u>United States v. Tia Jasper,</u>
       18 Cr. 390

Dear Judge Engelmayer:

On August 7, 2018, the Court granted Tia Jasper's request for a bail modification permitting her, among other things, to travel with her children and other family members to Wildwood, New Jersey, from August 15, 2018 through August 22, 2018. In anticipation of the trip, Ms. Jasper met with Pretrial Services, who asked that I seek clarification from Your Honor whether Ms. Jasper's ankle bracelet may be removed while she is in Wildwood. My understanding is that she will be temporarily off electronic monitoring and her ankle bracelet will serve no purpose during this time.

I apologize for not raising this as part of my initial application and, as always, that Your Honor for your consideration.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:    AUSA Michael K. Krause
       AUSA Stephanie L. Lake
       AUSA Robert B. Sobelman