

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2018

**BY ECF & EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
engelmayernysdchambers@nysd.uscourts.gov

   Re:    *United States v. Maurice Hartley*, et al., 18 Cr. 390 (PAE)

Dear Judge Engelmayer:

   The Government respectfully submits this letter to notify the Court and the defendants that the Government presently intends to seek a superseding indictment charging defendant Reginald Sanders with firearms charges. The Government does not presently intend to bring additional charges in this case against any of the other charged defendants. The Government may, however, return to the grand jury to seek a superseding indictment refining the charges, including by adding substantive narcotics distribution charges, with respect to any defendant who proceeds to trial.

   Respectfully submitted,

   GEOFFREY S. BERMAN
   United States Attorney

   By: _____
   Stephanie Lake/Michael Krouse/Robert Sobelman
   Assistant United States Attorneys
   (212) 637-1066/2279/2616

cc:  All Counsel of Record (by ECF & email)