UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -v-

MICHAEL HARTLEY, et al.,

          Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2018

18-CR-390 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

The next hearing in this matter, scheduled for **Wednesday, October 3, 2018** at **10:00 a.m.,** will now be held in **Courtroom 318.** All counsel for all parties are to appear prior to 10:00 a.m. and check-in with this Court's Courtroom Deputy, unless excused via court order.

SO ORDERED.

Dated: October 2, 2018
      New York, New York

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge