UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

UNITED STATES OF AMERICA,

      -v-

MAURICE HARTLRY, et al.,

            Defendants

----------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2018

18-CR-390 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's hearing:

- Within two weeks, the government and each defendant contemplating a suppression motion shall submit a status letter to the Court.

- The next hearing in this matter is scheduled for **December 11, 2018,** at **10:00 a.m.** in **Courtroom 110** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

- A final pretrial conference is scheduled for **January 22, 2019,** at **10:00 a.m.** in **Courtroom 318** of the Thurgood Marshall Courthouse.

- The jury trial, previously scheduled for January 29, 2019, at 9:00 a.m., will take place in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: October 3, 2018
      New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge