UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -v-

MICHAEL HARTLEY, et al.,

             Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2018

18-CR-390 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

The Court apologizes for any confusion in its previous order, dated October 3, 2018 (Dkt.

No. 122), and clarifies that trial is scheduled to begin **Monday, January 28, 2019** at **9:00 a.m.**

in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New

York.

SO ORDERED.

Dated: October 4, 2018
      New York, New York

                                  PAUL A. ENGELMAYER
                                  United States District Judge