UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

MICHAEL HARTLEY, et al.,

             Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2018

18-CR-390 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received letters from the Government (Dkt. 126, 127) to the effect that, following discussions with those defense counsel who reserved the right to make suppression motions, such motions are anticipated from three defendants: Maurice Hartley; Tia Jasper; and Gregory Carter.

To assist the Court in promptly scheduling possible evidentiary hearing(s) relating to these motions, the Court directs the Government to confer with the defense and, by Wednesday, October 24, 2018, to submit a letter setting out the parties' present views as to whether an evidentiary hearing will be needed to resolve these motions, the names of the witnesses presently expected to be called, and the anticipated duration of the hearing. For avoidance of doubt, these letters will not bind either party as to the witnesses it may call at such a hearing.

The Court sets the following schedule for briefs on these motions: (1) each defendant's motion to suppress, along with a memorandum of law and other supporting materials, is due November 2, 2018; and (2) the Government's opposition papers are due November 16, 2018.

SO ORDERED.

Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

Dated: October 19, 2018
      New York, New York