

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2018

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
engelmayernysdchambers@nysd.uscourts.gov

     Re:    *United States v. Maurice Hartley*, et al., 18 Cr. 390 (PAE)

Dear Judge Engelmayer:

The Government has made efforts to confer with each defense counsel who indicated an intent to file motions, but has been unable to reach every counsel. Based on what counsel previously told the Government, however, it appears that a suppression hearing would be necessary for at least the motion filed by Tia Jasper.

As to Gregory Carter and Ray Sanchez, the Government's understanding is that those defendants only intend to challenge the seizure of their phones, which were seized in plain view during a security sweep of their apartments. The Government is unaware of any basis for an evidentiary hearing, as neither defendant has informed the Government of facts the defendants intend to put at issue.

As to Tia Jasper, the Government's understanding is that Ms. Jasper intends to claim that she did not give consent to search a storage unit located at 245 W. Fordham Road in the Bronx. If Ms. Jasper submits a sworn affidavit to that effect, an evidentiary hearing would likely be required. The Government would intend to call as a witness Special Agent Kevin Silbaugh, who is the agent who received the consent from Ms. Jasper.

     Respectfully submitted,

     GEOFFREY S. BERMAN
     United States Attorney

By: _____
     Stephanie Lake/Michael Krouse/Robert Sobelman
     Assistant United States Attorneys
     (212) 637-1066/2279/2616

cc: Defense Counsel (by ECF)