LAW OFFICES OF

# STEPHEN TURANO

————

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

————

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

————

TEL (973) 648-6777
FAX (212) 208-2981

————

REPLY TO NEW JERSEY OFFICE

November 1, 2018

**<u>Via ECF</u>**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:     <u>United States v. Tia Jasper,</u>
         18 Cr. 390

Dear Judge Engelmayer:

Defendant Tia Jasper's motion to suppress physical evidence obtained pursuant to a search of her property contained in a storage unit is due on November 2, 2018. I respectfully request a two-week adjournment, until November 16, 2018, to submit any suppression motion and any accompanying affidavit.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:     All Counsel of Record (via ECF)