LAW OFFICES OF

# STEPHEN TURANO
———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016
———

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102
———

TEL (973) 648-6777
FAX (212) 208-2981
———

REPLY TO NEW JERSEY OFFICE

November 16, 2018

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:    United States v. Tia Jasper,
         18 Cr. 390

Dear Judge Engelmayer:

Defendant Tia Jasper authorized me to withdraw her intention to file a motion to suppress physical evidence.  She has no other pending suppression motions.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:    All Counsel of Record (via ECF)