UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

MAURICE HARTLEY, et al.,

                Defendants.

------------------------------------------------------------------X

18-CR-390 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

At the conference in today's case, the Court mistakenly remembered its earlier statements as to the Government's ability to pursue a superseding indictment after October 1, 2018. The Court recalled the October 1, 2018 deadline as the latest for *any* non-technical superseder. In fact, a review of the transcript of the June 7, 2018 conference reflects that the Court authorized the Government to pursue a "modest form of superseding indictment" after that date, upon a showing of good cause, 6/7/18 Tr. at 67, provided that the superseding indictment not change the fundamental parameters of the case, *id.* at 60, 67. The Court apologizes for its error. The Court directs the Government to give the Court prompt written notice by letter of any superseder it intends to seek, explaining why there is good cause for such a superseder.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 11, 2018
      New York, New York