UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-

MAURICE HARTLEY, et al.,

          Defendant.

------------------------------------------------------------------X

18-CR-390 (PAE)

<u>SCHEDULING ORDER</u>

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government's Rule 404(b) notice is due **December 14, 2018**.

- Any motions *in limine* are due on **January 4, 2019**. Opposition to motions *in limine* are due **January 11, 2019**.

- Any severance motions are due on **January 11, 2019**. Opposition to any severance motions are due on **January 17, 2019.**

- Proposed *voir dire* questions and requests to charge are due **January 14, 2019**.

- The final pretrial conference in this case remains scheduled for **January 22, 2019** at **10:00 a.m.** in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: December 11, 2018
      New York, New York

PAUL A. ENGELMAYER
United States District Judge