UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA )

)

) **NOTICE OF APPEARANCE AND REQUEST**

- v. - ) **FOR ELECTRONIC NOTIFICATION**

) **18 CR 390 (PAE)**

MAURICE HARTLEY, et. al., )

)

Defendants. )

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: _Aline Flodr_____

Aline R. Flodr
Assistant United States Attorney
(212) 637-1110