LAW OFFICES OF
# STEPHEN TURANO
———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016
———

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102
———

TEL (973) 648-6777
FAX (212) 208-2981
———

REPLY TO NEW JERSEY OFFICE

December 20, 2018

**<u>Via ECF</u>**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:     <u>United States v. Tia Jasper,</u>
        18 Cr. 390

Dear Judge Engelmayer:

On behalf of my client, Tia Jasper, I request that her curfew be modified to permit her to stay overnight at the home of her children's temporary guardian, Theresa Carter, on December 24 and 25, 2018, in order to spend the Christmas holiday with her children. The Administration for Children's Services ("ACD") and the New York Family Court have granted this request. Attached, as Exhibit A, is the Consent Order from the Family Court. All other conditions of Ms. Jasper's pretrial release will remain the same.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc: All Counsel of Record (ECF)