LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE                                           60 PARK PLACE
35TH FLOOR                                                    SUITE 703
NEW YORK, NY 10016                                       NEWARK, NJ 07102


TEL (917) 974-1781                                        TEL (973) 648-6777
FAX (212) 208-2981                                        FAX (212) 208-2981


REPLY TO NEW JERSEY OFFICE

<table>
<tr><td>

January 31, 2019

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007



Re:   United States v. Tia Jasper,
       18 Cr. 390

</td><td>

**GRANTED.** Ms. Jasper's terms of release shall be modified to include overnight stays at the home of her children's temporary guardian, Theresa Carter, located at 54 Evelyn Place, Bronx, N.Y. on **weekends only.** The curfew, on weekends only, shall be in place for the address above. All other terms of Ms. Jasper's release remain in place. The Clerk of Court is requested to terminate the motions at Dkt. Nos. 208 & 231.

2/5/2019

SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge

</td></tr>
</table>

Dear Judge Engelmayer:

On behalf of my client, Tia Jasper, I request that her curfew be modified to permit her to stay overnight on weekends at the home of her children's temporary guardian, Theresa Carter, located at 54 Evelyn Place, Bronx, New York. The Administration for Children's Services ("ACD") and the New York Family Court have granted Ms. Jasper unsupervised overnight visitations with her children. Attached, as Exhibit A to the ECF filing, is the Consent Order from the Family Court. All other conditions of Ms. Jasper's pretrial release will remain the same.

Respectfully,


/s/ *Stephen Turano*

Stephen Turano


cc:  All Counsel of Record (ECF)