LAW OFFICES OF

# STEPHEN TURANO

———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

———

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

———

TEL (973) 648-6777
FAX (212) 208-2981

———

REPLY TO NEW JERSEY OFFICE

March 2, 2019

**<u>Via ECF</u>**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Tia Jasper</u>,
             18 Cr. 390

Dear Judge Engelmayer:

     Tia Jasper's sentence is currently scheduled for March 26, 2019. I request an adjournment of the sentence to April 29, 2019. In the alternative, I request April 16, 2019. The Government consents to my request.

                    Respectfully,

                    /s/ *Stephen Turano*

                    Stephen Turano

cc:  All Counsel of Record (ECF)