LAW OFFICES OF

# STEPHEN TURANO

———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

———

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

———

TEL (973) 648-6777
FAX (212) 208-2981

———

REPLY TO NEW JERSEY OFFICE

April 5, 2019

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:     United States v. Tia Jasper,
         18 Cr. 390

Dear Judge Engelmayer:

I request that Tia Jasper's curfew be modified to permit her to spend overnights at the home of her children's temporary guardian, Theresa Carter, located at 54 Evelyn Place, Bronx, New York, from April 22 to April 26, 2019, during which the children will be on spring break.

All other conditions of Ms. Jasper's pretrial release will remain the same.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:  All Counsel of Record (ECF)