LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35ᵀᴴ FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

TEL (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

April 5, 2019

**GRANTED.** Ms. Jasper's terms of supervised release shall be modified, from April 22, 2019 through April 26, 2019 **only**, to permit her to spend overnights at the home of her children's temporary guardian at the address provided within. The Clerk of Court is requested to terminate the motion at Dkt. No. 312.

4/9/2019

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:   United States v. Tia Jasper,
      18 Cr. 390

Dear Judge Engelmayer:

I request that Tia Jasper's curfew be modified to permit her to spend overnights at the home of her children's temporary guardian, Theresa Carter, located at 54 Evelyn Place, Bronx, New York, from April 22 to April 26, 2019, during which the children will be on spring break.

All other conditions of Ms. Jasper's pretrial release will remain the same.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:  All Counsel of Record (ECF)