UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MARIE PALUMBO,<br><br>                Defendant. | 18-CR-390-17 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM

Number 85767-054, has been sentenced to a term of imprisonment of "Time Served", and

therefore is to be released subject to any detainers.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 25, 2019
New York, New York