LAW OFFICES OF

# STEPHEN TURANO

—————

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

—————

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

—————

TEL (973) 648-6777
FAX (212) 208-2981

—————

REPLY TO NEW JERSEY OFFICE

May 15, 2019

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:     United States v. Tia Jasper,
        18 Cr. 390

Dear Judge Engelmayer:

Tia Jasper's sentence is currently scheduled for June 5, 2019.  I request a three-week adjournment of the sentence to June 26, 27, or 28, 2019.  The Government consents to my request.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:  All Counsel of Record (ECF)