LAW OFFICES OF

# STEPHEN TURANO

———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

———

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

———

TEL (973) 648-6777
FAX (212) 208-2981

———

REPLY TO NEW JERSEY OFFICE

June 6, 2019

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

  Re: United States v. Tia Jasper,
     18 Cr. 390

Dear Judge Engelmayer:

 I request that Tia Jasper's curfew and travel restrictions be modified to permit her to attend a memorial service for her Aunt, Dulie Craig, at her family's home located at 6 Burlington Avenue, Norwalk Connecticut, on June 15, 2019, from 10:00 a.m. to 9:00 p.m.

 All other conditions of Ms. Jasper's pretrial release will remain the same.

      Respectfully,

      /s/ *Stephen Turano*

      Stephen Turano

cc: All Counsel of Record (ECF)