LAW OFFICES OF

# STEPHEN TURANO

_____

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

_____

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

_____

TEL (973) 648-6777
FAX (212) 208-2981

_____

REPLY TO NEW JERSEY OFFICE

June 28, 2019

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:     United States v. Tia Jasper,
          18 Cr. 390

Dear Judge Engelmayer:

On behalf of my client, Tia Jasper, who has been fully complaint with all of the conditions of her Pretrial Release, I request that the requirement of curfew with electronic monitoring be removed.  Ms. Jasper's Pretrial Services Officer John Moscato does not oppose this request and has confirmed that she has been fully compliant.

All other conditions of Ms. Jasper's pretrial release will remain the same.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:     AUSA Michael K. Krause
         AUSA Stephanie L. Lake
         AUSA Robert B. Sobelman