LAW OFFICES OF
# STEPHEN TURANO
———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016
———

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102
———

TEL (973) 648-6777
FAX (212) 208-2981
———

REPLY TO NEW JERSEY OFFICE

7/10/19

July 2, 2019

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

The Court **GRANTS** this application and directs the Clerk of Court to terminate the motion at Dkt. No. 379. The Clerk of Court is also requested to terminate the motion at Dkt. No. 387. Both of these motions should be terminated as to all defendants as they were misfiled as to all 18 defendants in this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Re:     United States v. Tia Jasper,
        18 Cr. 390

Dear Judge Engelmayer:

    While, I disagree with many of the arguments made by the Government in its July 2, 2019 letter to the Court opposing my June 28th request that Ms. Jasper's condition of curfew with electronic monitoring be removed, I believe most of the responses to those arguments are best left for sentencing. I will point out, however, that every one of Ms. Jasper's requests for bail modification has been made for the benefit of her children or family or for employment purposes rather than an attempt to "continually loosen the terms of" her Pretrial Release.

    My June 28th request was made only after speaking with Ms. Jasper's Pretrial Services Officer, Officer John Moscato, who believed that the request was appropriate given his knowledge of Ms. Jasper's history on Pretrial supervision and in anticipation of future, measured bail modification requests by defense counsel. Moreover, I did not anticipate the Government's opposition to or desire to litigate this issue. Because, litigating this request does not advance the interests of convenience or judicial economy, I withdraw Ms. Jasper's application to remove curfew and will continue to make individual requests for bail modifications to the Court on an individual basis as needed.

                                        Respectfully,

                                        /s/ *Stephen Turano*
                                        Stephen Turano

cc:     All Counsel of Record (via ECF)