LAW OFFICES OF
# STEPHEN TURANO

———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

———

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

———

TEL (973) 648-6777
FAX (212) 208-2981

———

REPLY TO NEW JERSEY OFFICE

July 19, 2019

**<u>Via ECF</u>**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

   Re: <u>United States v. Tia Jasper</u>,
      18 Cr. 390

Dear Judge Engelmayer:

  Tia Jasper respectfully requests permission to travel with her children, mother, aunts, and grandmother on an annual vacation to Wildwood, New Jersey, from August 14, 2019 through August 21, 2019. As part of this application, Ms. Jasper will provide Pretrial Services with a written travel itinerary containing contact information and the names of the family members with whom she will be traveling. In the event the Court grants Ms. Jasper's application, we also request that her ankle bracelet be removed. My understanding from Pretrial Services is that she will be temporarily off electronic monitoring and her ankle bracelet will serve no purpose during this time.

  As Your Honor may recall, on August 7, 2018, the Court granted Tia Jasper's similar request for a bail modification permitting her to attend the annual family vacation in Wildwood from August 15, 2018 through August 22, 2018, and to remove her ankle bracelet. The Government, consistent with last year, objects to Ms. Jasper's request.

       Respectfully,

       /s/ *Stephen Turano*

       Stephen Turano

cc: AUSA Aline Flodr
   AUSA Michael K. Krause
   AUSA Stephanie L. Lake
   AUSA Robert B. Sobelman