LAW OFFICES OF

# **STEPHEN TURANO**

——

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE | 60 PARK PLACE |
| 35TH FLOOR | SUITE 703 |
| NEW YORK, NY 10016 | NEWARK, NJ 07102 |

——

——

| | |
|---|---|
| TEL (917) 974-1781 | TEL (973) 648-6777 |
| FAX (212) 208-2981 | FAX (212) 208-2981 |

——

REPLY TO NEW JERSEY OFFICE

December 16, 2019

**<u>Via ECF</u>**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:  <u>United States v. Tia Jasper</u>,
18 Cr. 390

Dear Judge Engelmayer:

Tia Jasper is scheduled to surrender on or before January 7, 2020.  Her son's birthday is on January 13th.  Therefore, I request that her surrender date be moved to on or before January 15, 2020.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:  All Counsel of Record (ECF)