LAW OFFICES OF

# STEPHEN TURANO

———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

———

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

———

TEL (973) 648-6777
FAX (212) 208-2981

———

REPLY TO NEW JERSEY OFFICE

December 16, 2019

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Tia Jasper,</u>
               18 Cr. 390

Dear Judge Engelmayer:

    Tia Jasper is scheduled to surrender on or before January 7, 2020. Her son's birthday is on January 13th. Therefore, I request that her surrender date be moved to on or before January 15, 2020.

                      Respectfully,

                      /s/ *Stephen Turano*

                      Stephen Turano

cc: All Counsel of Record (ECF)

Granted. The Court moves Ms. Jasper's surrender date to January 15, 2020. SO ORDERED.

_____
PAUL A. ENGELMAYER   12/17/2019
United States District Judge