**Xavier R. Donaldson**
**Attorney at Law**
**136 Madison Avenue, 6th Floor**
**New York, NY 10016**
**646-772-3334**
[xdonaldson@aol.com](mailto:xdonaldson@aol.com)

April 16, 2026

Via Email and ECF
Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Ronald Beasley*,
        18 Cr 390 (PAE)

Your Honor,

As the Court is aware, I represent Mr. Beasley who is currently scheduled for a status conference April 21, 2026 related to an alleged Violation of Supervised Release (VSOR). As background, Mr. Beasley was arrested and charged in New York State Court (New York County). Thereafter, his state case was indicted and then the indictment was dismissed. Today, I was informed by the government that it is their understanding that Mr. Beasley's state case was re-indicted. Based upon that information (and my experience with State Court practice), a motion schedule of approximately six (6) weeks will be issued to allow the state defense counsel to file motions related to the newest indictment, the government to respond and the Court to decide said motions. Additionally, on April 20, 2026, I am on beginning a trial before Judge Cronan in the matter of *U.S. v. Francisco Lopez Reyes*, 23 Cr 501 (JPC) that is expected to last approximately four (4) weeks. Accordingly, and with the consent of the Government, I am requesting that the status conference in this matter be adjourned to allow me to conclude my trial and the parties to continue discussions on a resolution of this matter.

**GRANTED.** The conference is adjourned until **June 9, 2026,** at **10:30 a.m.** The parties should not expect any further adjournments.

SO ORDERED.                    4/17/2026

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Sincerely,

*Xavier R. Donaldson*

Xavier R. Donaldson